IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr390

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| DEMORRIS TRYESE ALLEN (10) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon letters of the defendant pro se (Doc. No. 238, 239) asking that his counsel be replaced.

The defendant is concerned because he feels his appointed counsel is not showing interest in his case. The Court finds that the defendant's allegations about his counsel's performance fail to establish grounds to appoint substitute counsel. United States v. Mullen, 32 F.3d 891 (4th Cir. 1994).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is DENIED. The Court expects that counsel will meet with his client in preparation trial, which is set on April 2, 2007.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: March 26, 2007

Robert J. Conrad, Jr.
Chief United States District Judge