IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr390

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DEMORRIS TRYESE ALLEN (10) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for sentence reduction based on retroactive amendments to the United States Sentencing Guidelines (Doc. Nos. 432 and 433).

It appears that the defendant may be eligible for relief. (Doc. No. 401). It also appears to that the defendant qualifies for the appointment of counsel. 18 U.S.C. § 3006A.

**IT IS, THEREFORE, ORDERED** that the Community Defender shall designate counsel promptly to represent the defendant for the purpose of seeking a sentence reduction based on the retroactive amendment of the United States Sentencing Guidelines relating to crack cocaine offenses.

The Clerk is directed to certify copies of this order to the defendant, the Community Defender, the United States Attorney, and to the United States Probation Office.

Signed: May 6, 2011

Robert J. Conrad, Jr.
Chief United States District Judge